Opinion filed July 19, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed July 19, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00087-CV 

                                                    __________

 

                       TOM WOODARD, CANDICE CAMPBELL, AND 

       ALLISON
CAMPBELL, Appellants

 

                                                             V.

 

               DONALD
W. FERRY AND SPENCER W. DOBBS, Appellees           

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
 County, Texas

 

                                                 Trial Court Cause No. C116,596

 



 

                                             M
E M O R A N D U M   O P I N I O N

Tom
Woodard, Candice Campbell, and Allison Campbell have filed in this court a
motion to dismiss their appeal.  In their
motion, appellants state that the case has been settled and that all disputes
have been resolved.  The motion is
granted, and the appeal is dismissed.

 

PER
CURIAM

July 19, 2007

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.